MR. JUSTICE MATCHETT delivered the opinion of the court.

## Abstract of the Decision.

LANDLORD AND TENANT, § 264*—*what does not constitute constructive eviction.* The furnishing of inadequate janitor and elevator service by the lessor in violation of the terms of the lease does not constitute a constructive eviction, nor give the lessee the right to cancel the lease.

## Edward A. Civilinski, by Julia Civilinski, Appellee, v. S. Mason Meek, Appellant.

### Gen. No. 23,564. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Edward A. Civilinski, by Julia Civilinski, his next friend, plaintiff, against S. Mason Meek, defendant, to recover damages for personal injuries sustained as the result of a defective handrail on a stairway used in connection with premises in which plaintiff lived with his parents under lease from defendant. From a judgment for plaintiff for $350, defendant appeals.

MEEK & McDONALD, for appellant; ELLIOT EVANS, of counsel.

JONES & KERNER, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 479*—*when error in instructions may not be complained of.* Failure to object or take exception to instructions in the trial court precludes complaint on appeal that the instructions were erroneous.

2. APPEAL AND ERROR, § 438*—*when objection as to variance is too late.* Failure to object to the admission of evidence constituting a variance or to move to exclude it renders an objection to the evidence untenable on appeal.

3. APPEAL AND ERROR, § 450*—*when error in admission of expert evidence is not reviewable.* Admission of expert testimony without properly qualifying the witness is not reviewable where no objection to his testimony nor motion to strike appears in the record.

———————

### Lawrence Newton, Appellee, v. E. J. Ohrenstein, Appellant.

### Gen. No. 23,661.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1917.  Affirmed.  Opinion filed May 14, 1918.

### Statement of the Case.

Action by Lawrence Newton, plaintiff, against E. J. Ohrenstein, defendant.  From a judgment for plaintiff, defendant appeals.  Appellee's motion to strike the stenographic report was granted and the report ordered stricken, and motion by appellant to set aside that order was reserved to the hearing.

BUNGE, HARBOUR & SCHMIDT, for appellant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.